**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**DAVID E. REED**                                                                                       **PLAINTIFF**

**VERSUS**                                                  **CIVIL ACTION NO.: 2:18-cv-2503-JPM-cgc**

**FEDEX CORPORATE SERVICES, INC.**                                      **DEFENDANTS**

### NOTICE OF SERVICE OF PLAINTIFF'S EXPERT DESGNATION

    PLEASE TAKE NOTICE that Plaintiff has this day served the following:

1.    Plaintiff's Expert Designation

    A true and correct copy of this Notice has been served upon the Defendants. The original pleading is being retained in the possession of counsel for the Plaintiff.

THIS the 1st day of April, 2019.

                                                        Respectfully submitted,
                                                        David Reed

                                                        /s/ Kristy L. Bennett
                                                        Kristy L. Bennett BPR #30016
                                                        Tressa V. Johnson BPR #26401
                                                        JOHNSON AND BENNETT, PLLC
                                                        1331 Union Avenue, Suite 1226
                                                        Memphis, TN 38104
                                                        (901) 402-6830 (direct)
                                                        (901) 462-8629 (fax)
                                                        kristy@myjbfirm.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing has been filed with the Clerk of the United States District Court for the Western District of Tennessee using the CM/ECF system. The Court's CM/ECF system will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF system.

Brian Coleman and
Barak J. Babcock
Federal Express Corporation
3620 Hacks Cross Road
Building B – 3rd Floor
Memphis, TN 38125

THIS the 1st day of April, 2019.

/s/ Kristy L. Bennett
Kristy L. Bennett