IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DAVID E. REED

    **Plaintiff,**

v.                                        No. 2:18-CV-2503-JPM

FEDEX CORPORATE SERVICES, INC.       JURY TRIAL DEMAND

    **Defendant.**

---

NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANT FEDEX
CORPORATE SERVICES, INC.'S
PENDING MOTION FOR SUMMARY JUDGMENT

---

On January 31, 2020, the Second Circuit Court of Appeals issued the *Woolf v. Strada* decision. *See* No. 19-860-cv, 2020 U.S. App. LEXIS 3555. (copy attached). In *Woolf*, the Second Circuit held that the plaintiff's impairment (i.e.: stress caused by the plaintiff's manager) did not rise to the level of a disability because "no reasonable factfinder could conclude that [plaintiff] has a "disability" within the meaning of the ADA." *Id.* at *11. The Court determined that when a plaintiff's condition leaves him unable to perform only a single, specific job, he has failed to establish a substantial impairment to his major life activity of working. *Id.* at 9-10 (citing 29 C.F.R. § 1630, App. (2016)).

Dated this 7th day of February 2020.

                                                                       Respectfully submitted,

                                                                       /s/ Brian K Coleman
                                                                       Brian K. Coleman (TN Bar 034524)
                                                                       Federal Express Corporation
                                                                       3620 Hacks Cross Road, Bldg. B, Third Floor
                                                                       Memphis, TN 38125
                                                                       Telephone: (901) 434.8574
                                                                       Facsimile: (901) 492.9930
                                                                       brian.coleman@fedex.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 7th day of February 2020, the foregoing Notice of Supplemental Authority in Support of Defendant FedEx Corporate Services, Inc.'s Pending Motion for Summary Judgment was served via transmission of Notices of Electronic Filing generated by CM/ECF to:

      Tressa V. Johnson
      Kristy L. Bennett
      Johnson & Bennett, PLLC
      1331 Union Ave., Suite 1226
      Memphis, TN 38104
      kristy@myjbfirm.com
      tressa@myjbfirm.com
      Attorneys for Plaintiff

                      /s/ Brian K. Coleman_____
                      Brian K. Coleman